# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 21-CV-21027-JAL

Plaintiff:
**RENZO BARBERI**

vs.

Defendant:
**THE BEAUTIFUL MAILBOX CO, ET AL**



OJF2021004461

For:
Ronald E. Stern
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd
Suite 503
Hallandale Beach, FL 33009

Received by OJF SERVICES, INC. on the 18th day of March, 2021 at 9:14 am to be served on **COR-VAL HOLDINGS, LLC C/O BERNARDO PROTANO, ESQUIRE, PA, 1720 HARRISON ST, STE 1805, HOLLYWOOD, FL 33020**.

I, ANDREW KARP, do hereby affirm that on the **22nd day of March, 2021** at **12:50 pm, I:**

**CORPORATE SERVED:** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **BERNARDO PROTANO ESQ** REGISTERED AGENT at the address of: **121 SW 61 TERR, STE A1, HOLLYWOOD, FL 33023** as **registered agent** for **COR-VAL HOLDINGS, LLC C/O BERNARDO PROTANO, ESQUIRE, PA**, and informed said person of the contents therein, in compliance with state statutes 48.081.

**Additional Information pertaining to this Service:**
ATTEMPTED SERVICE AT 1720 HARRISON ST, STE 1805, HOLLYWOOD, FL 33020 ON 3/22/2021 11:00 AM, BUT THE REGISTERED AGENT WAS NO LONGER AT THE ADDRESS. I THEN ATTEMPTED 121 SW 61 TERR, STE A1, HOLLYWOOD, FL 33023, WHERE SERVICE WAS COMPLETED.

## RETURN OF SERVICE For 21-CV-21027-JAL

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**ANDREW KARP**
SPS #260

**OJF SERVICES, INC.**
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2021004461

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z