UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RENZO BARBERI,<br><br>   Plaintiff,<br><br>v.<br><br>THE BEAUTIFUL MAILBOX CO., a<br>Florida Profit Corporation and COR-VAL<br>HOLDINGS, LLC, a Florida Limited<br>Liability Company,<br><br>   Defendant. | Case No. 1:21-cv-21027-JAL |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Defendants, THE BEAUTIFUL MAILBOX CO. and COR-VAL HOLDINGS, LLC ("Defendants") move for an extension of time up to and including April 22, 2021, to answer, move, or otherwise respond to Plaintiff's Complaint, and state the following in support:

1. Plaintiff filed the Complaint (Doc. 1) on March 16, 2021. Defendants were served on or about March 22, 2021, setting the response deadline for April 12, 2021.

2. Defendants' counsel has recently been retained and is in the process of reviewing Defendants' files relevant to the underlying litigation. In order to fully investigate and formulate an appropriate response to the Complaint, Defendants respectfully request a brief extension of time, up to and including April 29, 2021, to respond to Plaintiff's Complaint. Furthermore, counsel for the Parties are engaging in early settlement discussions.

3. No party will be prejudiced by the requested extension.

www.spirelawfirm.com
Employment Attorneys

## **MEMORANDUM OF LAW**

This Court may grant the requested extension of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b). The Defendants' request for an extension of the deadline is made in good faith and does not prejudice Plaintiff. Permitting the extension will enable Defendants to respond to the Complaint following analysis of the relevant files and it will enable counsel to explore the possibility of early resolution.

WHEREFORE, Defendants respectfully request an extension of time up to and including April 22, 2021, to answer, move, or otherwise respond to Plaintiff's Complaint.

## **LOCAL RULE 7.1(a)(3) CERTIFICATE**

Counsel for the Defendants has conferred with counsel for Plaintiff, who has no objection to the relief requested.

DATED this 12th day of April, 2021.

    Respectfully submitted,

    Spire Law, LLC
    2572 W. State Road 426, Suite 2088
    Oviedo, Florida 32765

    By: */s/Ashwin R. Trehan*
        Ashwin R. Trehan, Esq.
        Florida Bar No. 42675
        /s/Jesse I. Unruh
        Jesse I. Unruh, Esq.
        Florida Bar No. 93121
        ashwin@spirelawfirm.com
        jesse@spirelawfirm.com
        lauren@spirelawfirm.com
        laura@spirelawfirm.com

    Attorney for Defendants | THE BEAUTIFUL
    MAILBOX CO. and COR-VAL HOLDINGS, LLC

**CERTIFICATE OF SERVICE**

      I hereby Certify that on this 12th day of April, 2021, the foregoing was electronically filed with the Court by using the Southern District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Ronald E. Stern, Esquire at ronsternlaw@gmail.com at THE ADVOCACY LAW FIRM, P.A.; 1250 East Hallandale Beach Boulevard, Suite 503 Hallandale Beach, Florida 33009.

                                                       */s/ Ashwin R. Trehan*
                                                       Attorney